UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.V., a minor, by and through her guardian ad litem, DALIA MARTINEZ, individually and as successor-in-interest to THE ESTATE OF SERGIO MANUEL VALDOVINOS JR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MADERA and DOES 1 through 30, inclusive, <br><br> Defendants. | No. 1:19-cv-00035-DAD-SAB <br><br> ORDER APPOINTING GUARDIAN AD LITEM <br><br> (Doc. No. 1-2) |

On January 8, 2019, Dalia Martinez filed a petition to be appointed guardian ad litem for plaintiff J.V. for purposes of this action. (Doc. No. 1-2.)

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Rule 17 provides that "[t]he court must appoint a guardian *ad litem*—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2). Local Rule 202(a) of this court further states, in pertinent part:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney

1

> representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian *ad litem* by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. *See* Fed. R. Civ. P. 17(c).

The decision to appoint a guardian *ad litem* "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

Dalia Martinez petitions the court to appoint her as guardian *ad litem* to plaintiff J.V., a thirteen-year-old minor child. Petitioner states that she is the mother of plaintiff J.V., that she is competent to protect the interests of plaintiff J.V., and that she has no interests adverse to those of J.V. Finding good cause, the court grants the petition (Doc. No. 1-2) and appoints Dalia Martinez guardian *ad litem* of J.V., a minor and plaintiff in this action.

IT IS SO ORDERED.

Dated: **April 5, 2019**

_____
UNITED STATES DISTRICT JUDGE