# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SERGIO MANUEL VALDOVINOS, et al., | Case No. 1:18 -cv-00866-DAD-SAB |
| Plaintiffs, | |
| v. | |
| CITY OF MADERA, et al., | |
| Defendants. | |
| J.V, | Case No. 1:19 -cv-00035-DAD-SAB |
| Plaintiffs, | ORDER CONTINUING SCHEDULING CONFERENCE PURSUANT TO STIPULATION OF THE PARTIES |
| v. | |
| CITY OF MADERA, | |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the scheduling conferences set for April 9, 2019, are CONTINUED to **July 9, 2019 at 9:30 a.m.,** in Courtroom 9. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**April 5, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1