# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.V.,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MADERA,<br><br>        Defendant. | Case No. 1:19-cv-00035-DAD-SAB<br><br>ORDER VACATING MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 9) |

On May 15, 2019, a motion for approval of settlement and compromise of minor's claims was filed in this matter. (ECF No. 9.) Hearing on the petition is currently set for July 16, 2019 before the Honorable Dale A. Drozd. Upon review of the petition, it informs the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that the mandatory scheduling conference set for July 9, 2019, in Courtroom 9 is VACATED and the parties need not appear at that time.

IT IS SO ORDERED.

Dated: **June 7, 2019**

                                                 UNITED STATES MAGISTRATE JUDGE