# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.V., a minor, by and through her guardian ad litem, DALIA MARTINEZ, individually and as successor-in-interest to THE ESTATE OF SERGIO MANUEL VALDOVINOS JR.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MADERA,<br><br>Defendant. | No. 1:19-cv-00035-DAD-SAB<br><br>ORDER RESETTING HEARING ON PETITION FOR MINOR'S COMPROMISE<br><br>(Doc. No. 9) |

On May 15, 2019, plaintiff J.V. ("plaintiff" or "J.V."), by and through her guardian *ad litem* Dalia Martinez, filed a petition for approval of a compromise of her claims against defendant City of Madera (the "City") (the "petition"). (Doc. No. 9.) The City has not opposed the petition.

The court initially deemed the petition suitable for decision without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Rule 230(g) and vacated the noticed July 16, 2019 hearing. (Doc. No. 13.) Closer review of the motion, however, has raised some questions in the court's mind relating to the structure of the "present value" settlement reached as well as the total payments that are to be generated over time to J.V. under the settlement. In addition, the pending petition does not provide specific support for counsel request that 33.3% of

1

J.V.'s share of the settlement fund be paid in attorneys' fees. Such support is necessary in light of the fact that in the Eastern District of California, 25% of the recovery is a reasonable benchmark for attorneys' fees in contingency cases involving minors, subject to a showing of good cause to exceed that percentage. *See, e.g.*, *Mitchell v. Riverstone Residential Grp.*, No. 2:11-cv-02202-LKK-CKD, 2013 WL 1680641, at *2 (E.D. Cal. Apr. 17, 2013); *McCue v. South Fork Union Sch. Dist.*, No. 1:10-cv-00233-LJO-MJS, 2012 WL 2995666, at *2 (E.D. Cal. Jul. 23, 2012); *Welch v. Cty. of Sacramento*, No. 2:07-cv-00794-GEB-EFB, 2008 WL 3285412, at *1 (E.D. Cal. Aug. 5, 2008); *Red v. Merced Cty.*, No. 1:06-cv-01003-GSA, 2008 WL 1849796, at *2 (E.D. Cal. Apr. 23, 2008); *Schwall v. Meadow Wood Apartments*, No. 2:07-cv-00014-LKK, 2008 WL 552432, at *1, (E.D. Cal. Feb. 27, 2008); *Walden v. Moffett*, No. 1:04-cv-06680-LJO-DLB, 2007 WL 2859790, at *3 (E.D. Cal. Sept. 20, 2007).

Accordingly, the court will place the petition back on for hearing on September 4, 2019 at 9:30 AM in Courtroom 5 (DAD) to address these issues. Plaintiff's counsel, defendant's counsel and plaintiff's guardian *ad litem*, Dalia Martinez, are directed to appear at the hearing but may do so telephonically by dialing 877-402-9757 (access code 6966236) at the time of the hearing.

IT IS SO ORDERED.

Dated: **August 19, 2019**

UNITED STATES DISTRICT JUDGE