UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.V., a minor, by and through her guardian ad litem, DALIA MARTINEZ, individually and as successor-in-interest to THE ESTATE OF SERGIO MANUEL VALDOVINOS JR.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MADERA,<br><br>Defendant. | No. 1:19-cv-00035-DAD-SAB<br><br>ORDER DISMISSING CASE WITH PREJUDICE<br><br>(Doc. No. 17) |

On September 10, 2019, the court issued an order approving plaintiff's petition for approval of minor's compromise. (Doc. No. 16.) Therein, the court instructed the parties to disbursed plaintiff's settlement proceeds according to the terms of the settlement agreement reached by the parties and to thereafter file a request for dismissal of this action within thirty (30) days of the date of that order. (*Id.* at 7.) On October 3, 2019, the parties filed a stipulation, seeking dismissal of this action with prejudice. (Doc. No. 17.) Good cause appearing, and pursuant to the parties' stipulation, the court will hereby dismiss this case with prejudice.

IT IS SO ORDERED.

Dated: __**October 8, 2019**__  _____
UNITED STATES DISTRICT JUDGE

1